ORIGINAL

FILED

11/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0585

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0585

DONNIE LEE STANDLEY,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

NOV 1 7 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Before this Court are three motions filed by self-represented Appellant Donnie Lee Standley. Standley moves to expand the record to include the record from federal cases in the United States District Court and the Ninth Circuit Court of Appeals. He moves to "copy forward service" because where he is incarcerated, he cannot make or pay for copies of any other documents. Lastly, Standley moves to request a waiver of the required service of copies to opposing counsel as well as to provide copies of other court decisions from his federal cases. The State has not filed a response to any of these motions, most likely in part due to the lack of service to the State.

Upon review of this Court's docket for this appeal, Standley filed his reply brief on November 15, 2022, and on that day, the case was sent to this Court. We will ensure that opposing counsel receives a copy of the reply brief. This Court, however, cannot provide Standley with his other requested relief. We decline to expand the record to include his federal cases, because it is improper, and we decline to serve opposing counsel with his motions or other court documents. As a result, his request for a waiver is not necessary. A decision will be issued in due course. Therefore,

IT IS ORDERED that Standley's Motion to Expand the Record, Motion Requesting Copy Forward Service, and Motion Requesting Court Order and Waiver of Procedural Compliance are all DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record along with a copy of Standley's reply brief and to Donnie Lee Standley personally.

DATED this 17 day of November, 2022.

For the Court,

By _____
Chief Justice